~~\AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

**\*\*\*\***          DISTRICT OF   NEVADA

NICHOLAS FREDRICKSON,

      Plaintiff,

v.

HIGH DESERT STATE
PRISON, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **2:16-cv-00451-MMD-NJK**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file an updated address in compliance with the Court's October 6, 2016 order.

November 9, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk